| | | |
|---|---|---|
| **PARTNERS**<br>GERALD M. SHAPIRO (IL & FL only)<br>DAVID S. KREISMAN (IL only)<br><br>**MANAGING PARTNER**<br>KRISTINE D. BROWN (MD only)<br>_____ | **Law Offices of<br>Shapiro & Brown, LLP**<br><br>Offices located in Maryland and Virginia | **MANAGING ATTORNEY**<br>WILLIAM M. SAVAGE (MD, VA)<br>_____<br><br>GREGORY N. BRITTO (MD, VA, DC)<br>THOMAS J. GARTNER (MD, VA)<br>LINDSEY C. KELLY (VA)<br>JODY M. LA (VA)<br>MALCOLM B. SAVAGE, III (VA)<br>PHILIP SHRIVER (MD only)<br>LEONARD C. TENGCO (VA)<br>DIANA C. VALLE (MD only) |

July 19, 2017

United States Bankruptcy Court
U.S. Bankruptcy Court
Eastern District of Richmond
RE:  David Junior Green and Tomeka Violette Light-Green *aka* Tomeka J. Green *aka* Tomeka V. Green *aka* Tomeka V. Light Green *aka* Tomeka Violette Light *aka* Tomeka Light *aka* Tomeka V. Lightgreen *aka* Tomeka V. Light, Debtor(s)
CASE NO.: 15-31017/KRH

Dear Clerk of the Bankruptcy Court:

Please accept this letter as confirmation that Nationstar Mortgage LLC wishes to withdraw its Notice of Postposition Mortgage Fees, Expenses, and charges filed June 23, 2017 in the above captioned bankruptcy. The Attorney fees and costs will be waived as to the Debtor(s) and marked as non-recoverable bankruptcy fees.

Should you have any questions, or need further information, please do not hesitate to contact my office.

With kindest regards, I remain

Very truly yours,

/s/Malcolm B. Savage, III

SHAPIRO & BROWN, LLP
Bankruptcy Department

**NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER**

501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(757) 687-8777  (757) 687-8810 (Facsimile)
This is a communication from a Debt Collector.